Same case below, 438 Fed. Appx. 75.

**No. 11-6936. Roderick Nunley, Petitioner v. Missouri.**

565 U.S. 1160, 132 S. Ct. 1096, 181 L. Ed. 2d 985, 2012 U.S. LEXIS 821.

January 17, 2012. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 341 S.W.3d 611.

**No. 11-6942. Alex Enrique Sanchez-Brenez, Petitioner v. United States.**

565 U.S. 1160, 132 S. Ct. 1096, 181 L. Ed. 2d 985, 2012 U.S. LEXIS 857.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 434 Fed. Appx. 388.

**No. 11-7129. Charles Jones, Petitioner v. Kansas.**

565 U.S. 1160, 132 S. Ct. 1097, 181 L. Ed. 2d 985, 2012 U.S. LEXIS 734,

January 17, 2012. Petition for writ of certiorari to the Supreme Court of Kansas denied.

Same case below, 292 Kan. 910, 257 P.3d 268.

**No. 11-7139. Michael Anthony Taylor, Petitioner v. Troy Steele, Warden.**

565 U.S. 1161, 132 S. Ct. 1097, 181 L. Ed. 2d 985, 2012 U.S. LEXIS 791,

January 17, 2012. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 341 S.W.3d 634.

**No. 11-7212. Christopher J. Emerson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1161, 132 S. Ct. 1098, 181 L. Ed. 2d 985, 2012 U.S. LEXIS 752,

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-7213. Luis R. Cotto, Petitioner v. Linda Kelly, Attorney General of Pennsylvania, et al.**

565 U.S. 1161, 132 S. Ct. 1098, 181 L. Ed. 2d 985, 2012 U.S. LEXIS 832.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7222. Kenneth Hayes, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1161, 132 S. Ct. 1098, 181 L. Ed. 2d 985, 2012 U.S. LEXIS 880.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.